IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CRIMINAL NO. 23-16 |
| BHASKAR SAVANI, et al. | : |

## ORDER

AND NOW, this 17th day of May, 2024, upon consideration of the government's unopposed motion requesting an Order authorizing the disclosure of tax return information in the captioned matter, it is ORDERED that the motion is GRANTED. The government may disclose federal tax returns and return information to the named defendants and their respective counsel as necessary to comply with discovery obligations in this case, subject to the protective orders already in place in this case. *See* ECF Nos. 178 and 278.

BY THE COURT:

/s/ Jeffrey L. Schmehl
_____
HONORABLE JEFFREY L. SCHMEHL
*Judge, United States District Court*