IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-16 |
| BHASKAR SAVANI, *et al*, | : | |

**ORDER**

**AND NOW**, this 4th day of June, 2024, it is hereby **ORDERED** as follows:

1.  All substantive pre-trial motions shall be filed by November 13, 2024;

2.  All responses to substantive pre-trial motions shall be filed by November 27, 2024;

3.  All expert disclosures shall be made by November 27, 2024;

4.  A hearing on substantive pre-trial motions shall be held beginning on December 10, 2024, at 9:30 a.m. in the Courtroom of the undersigned, The Gateway Building, 201 Penn Street, 5th floor, Reading, Pennsylvania;

5.  All Daubert motions shall be filed by February 3, 2025;

6.  All motions in limine, jury instructions, voir dire and trial memoranda shall be filed by March 3, 2025; and

7.  A final pre-trial conference shall be held on March 6, 2025, at 10:00 a.m. in the chambers of the undersigned, The Gateway Building, 201 Penn Street, 5th floor, Reading, Pennsylvania.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.