UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

---

UNITED STATES OF AMERICA,                     CASE NO. 2:23-cr-00016-JLS

vs.

BHASKAR SAVANI, ET AL.;

      Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANT ARUN SAVANI'S MOTION FOR MODIFICATION OF HIS CURRENT CONDITIONS OF PRETRIAL RELEASE**

Upon due consideration, it is hereby **ORDERED** that Defendant Arun Savani's Motion for Modification of His Current Conditions of Pretrial Release is **GRANTED**. Accordingly, it is **ORDERED** that Defendant Arun Savani may attend his niece's housewarming party on June 22, 2024, in Nescopeck, Pennsylvania, and travel to Luzerne County.

**DATED**: June ____, 2024    **BY THE COURT**:

                                          **THE HONORABLE JEFFREY L. SCHMEHL**
                                          United States District Court Judge