IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 23-16 |
| BHASKAR SAVANI, et al. | : | |

# NOTICE

TAKE NOTICE that a DAUBERT MOTIONS HEARING AND ORAL ARGUMENT is set for**, AUGUST 11TH 2025, at 1:30 P.M.** before the Honorable Jeffrey L. Schmehl, in courtroom 5th floor of the Gateway Bldg. 201 Penn Street, Reading P.A.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendants are on bail.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:   Kenneth Edward Duvak
       Courtroom Deputy to J. Schmehl
       Phone: 610.320.5030

Date:   7/28/2025

cc via email:   Defense Counsel
                U.S. Attorney's Office
                Probation Office
                Pretrial Services

crnotice (July 2021)