IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 23-16 |
| NIRANJAN SAVANI, et al. | : | |

## NOTICE

TAKE NOTICE that a JURY SELECTION AND TRIAL is scheduled for **MONDAY, JANUARY 12TH, 2026 at 9:30 A.M.** before the Honorable Jeffrey L. Schmehl in **THE CEREMONIAL Courtroom on the 1st floor** of the United States District Court's Byrne Courthouse, at 601 Market Street, Philadelphia, Pennsylvania. Trial to resume **THURSDAY, JANUARY 15TH, 2026 at 9:30 A.M.** at the Gateway Bldg., 201 Penn Street Reading P.A. in the 5th floor courtroom.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendants are on bail.   A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.   If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

**Hearing rescheduled from:**   09/08/2025

For additional information, please contact the undersigned.

By:   Kenneth Edward Duvak
      Courtroom Deputy to J. Schmehl
      Phone: 610.320.5030

Date:   08/15/2025

cc via email:   Defendants (through counsel)
                Defense Counsel: Ronald W. Chapman
                Defense Counsel: JOHN J. MCMAHON, JR.
                U.S. Attorney's Office: Anthony D. Scicchitano
                U.S. Marshal
                Court Security
                Probation Office
                Pretrial Services
                Interpreter Coordinator