# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION

vs.      :

ARUN SAVANI      :
U.S.M. #40614-510      NO. 23-16-2

## ORDER

**AND NOW**, this 12th day of March, 2026, after verdicts of guilty, on March 9, 2026 and by agreement, **IT IS ORDERED** that pretrial release is **MODIFIED** as follows; the defendant Arun Savani, shall be confined to his residence located at 5 Devonshires Court, Blue Bell, PA 19422, 24 hours a day and is permitted to go outside as long as defendant remains on property, defendant is permitted to leave his residence for medical, legal and religious services with at least 24 hours' notice and approval by Pretrial Services and government counsel, defendant is permitted visitors – a list of visitors must be provided to Pretrial Services and government counsel prior to any visits, Pretrial Services permitted to perform random searches of the residence at their discretion, the terms of home confinement may be amended upon a showing by defendant of extreme and difficult circumstances. All other previous conditions shall remain in effect.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL**
**United States District Judge**