**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Docket No. 2:23-cr-00016** |
| | : | **HONORABLE JEFFREY L. SCHMEHL** |
| **ARUN SAVANI** *et al.* | : | |

## [PROPOSED] ORDER ON MOTION TO MODIFY RELEASE CONDITIONS

The request of Arun Savani for a one-day modification of his release conditions is granted. On July 18, 2026, Arun Savani shall be permitted to be outside his home, at points between his home and the Independence Hall area of Philadelphia between the hours of 11 a.m. and 11 p.m., specifically for the purposes of a family event occurring that day. He shall provide his exact itinerary to his pre-trial services officer before leaving his home and notify his pre-trial services officer when he has returned to his home.

SO ORDERED THIS DAY OF JULY ____, 2026.

_____
Hon. Jeffrey L. Schmehl
United States District Judge

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Docket No. 2:23-cr-00016** |
| | : | **HONORABLE JEFFREY L. SCHMEHL** |
| **ARUN SAVANI** *et al.* | : | |

**ASSENTED-TO MOTION FOR A ONE-DAY MODIFICATION
OF RELEASE CONDITIONS**

Arun Savani respectfully requests that the Court grant him a one-day modification of his release conditions so that he can attend and assist with the set-up of a family event in Philadelphia on July 18, 2026.  Permission to be out of his home between approximately 11 a.m. and 11 p.m. should suffice.  He would remain within points between his home and the Independence Hall area during this time.  He would provide an exact itinerary to his pre-trial services officer.

I had conferred with the government regarding this motion, including giving the government details of the family event at issue.  The government assents to this request.

Respectfully submitted,

Dated: July 9, 2026

/s/ *Aaron M. Katz*
Aaron M. Katz
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this filing on all counsel of record via the CM/ECF system.

/s/ *Aaron M. Katz*